### (August 22, 1978)

■ In the Matter of MICHAEL X. HURLEY et al., Petitioners, v JULIAN V. D. ORTON, as Judge of Washington County, et al., Respondents.—Application for relief pursuant to CPLR article 78, denied, without costs, and

petition dated November 3, 1977 dismissed. Mahoney, P. J., Greenblott, Kane, Larkin and Herlihy, JJ., concur.